# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM H. THOMAS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MAGEUA, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:10-CV-01154-DLB PC<br><br>ORDER TO SHOW CAUSE<br><br>(DOC. 6)<br><br>RESPONSE DUE WITHIN EIGHTEEN (18) DAYS |

　　　　Plaintiff William H. Thomas ("Plaintiff") was a prisoner formerly in the custody of the California Department of Corrections and Rehabilitation. Plaintiff filed his complaint on June 25, 2010. The Court screened Plaintiff's complaint on March 21, 2011, and dismissed the complaint for failure to state a claim, with leave to amend within thirty days. As of the date of this order, Plaintiff has failed to respond.

　　　　Accordingly, it is HEREBY ORDERED that Plaintiff is to show cause within eighteen (18) days from the date of service of this order why this action should not be dismissed for failure to obey a court order and failure to state a claim. Failure to show cause or otherwise respond will result in dismissal of this action for failure to obey a court order and failure to state a claim.

　　　　IT IS SO ORDERED.

　　　　Dated:   May 26, 2011　　　　　　　　　　/s/ Dennis L. Beck
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE